AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicholas P. Talaga
V.
United States Government

SUMMONS IN A CIVIL CASE

CASE

Case: 1:07-cv-02159
Assigned To : Sullivan, Emmet G.
Assign. Date : 11/29/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

U. S. ATTORNEY GENERAL   Michael Mukasey
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'~~~ Pro Se ~~~ (name and address)

Nicholas P. Talaga
16620 Carse Ave.
Harvey, Illinois
60426

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            NOV 29 2007
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3-22-08 | |
| NAME OF SERVER (PRINT) Jim Allan | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): EXPRESS MAIL # EM 1670 50885

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-22-08
_____
Date

_Signature of Server_ /s/ Jim Allan

7620 Brookside Glen Dr.
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Customer Copy**
Label 11-F, April 2004

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Post Office To Addressee**

EM 167050885 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 60426
- Date Accepted: Mo. 3 Day 22 Year 08
- Time Accepted: 10:22 AM
- Flat Rate or Weight: 0 lbs. 4.1 ozs.
- Day of Delivery: 2nd
- Postage: $16.25
- Return Receipt Fee: $
- COD Fee: $
- Insurance Fee: $
- Total Postage & Fees: $16.25
- Scheduled Time of Delivery: 3 PM

**FROM:** NICHOLAS P TALAGA
16620 CARSE AVE
HARVEY, IL 60426

**TO:** MICHAEL MUKASEY
UNITED STATES ATTORNEY GENERAL
CIVIL PROCESS CLERK
950 PENNSYLVANIA AVENUE
WASHINGTON, DC 20530

FOR PICKUP OR TRACKING visit www.usps.com or Call 1-800-222-1811

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NICHOLAS P. TALAGA
V.
UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-02159
Assigned To : Sullivan, Emmet G.
Assign. Date : 11/29/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

~~U.S. ATTORNEY~~
~~501 3RD. ST. N.W.~~
~~WASHINGTON, D.C. 20001~~

JEFFREY TAYLOR
UNITED STATES ATTORNEY, DISTRICT OF COLUMBIA
CIVIL PROCESS CLERK
555 4th ST. NW
WASHINGTON, D.C. 2001 PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' (name and address)

NICHOLAS P. TALAGA
16620 CARSE AVE.
HARVEY, ILLINOIS
60426

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

NOV 29 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3-22-08 |
| NAME OF SERVER *(PRINT)* Jim Allan | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): EXPRESS MAIL # EM 167050899

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-22-08
                    Date

*Signature of Server*  Jim Allan

*Address of Server*  7620 Brookside Glen Dr.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Customer Copy**
Label 11-F, April 2004

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE
Post Office To Addressee

EM 167050899 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 60476
Day of Delivery: 2nd
Postage: $16.25
Date Accepted: Mo. 3 Day 22 Year 08
Scheduled Date of Delivery: Month 3 Day 24
Return Receipt Fee: $
Time Accepted: 10 20 AM
Scheduled Time of Delivery: 3 PM
COD Fee: $
Insurance Fee: $
Flat Rate or Weight: 0 lbs. 4.1 ozs.
Military: 
Total Postage & Fees: $16.25
Int'l Alpha Country Code:
Acceptance Emp. Initials:

**FROM:** (PLEASE PRINT)
NICHOLAS P. TALAGA
16620 CARSE AVE.
HARVEY, IL 60426

**TO:** (PLEASE PRINT)
JEFFREY TAYLOR
UNITED STATES ATTORNEY, DC
CIVIL PROCESS CLERK
555 4th STREET NW
WASHINGTON, DC 20001

FOR PICKUP OR TRACKING visit www.usps.com or call 1-800-222-1811