**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NICHOLAS P. TALAGA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 07-2159 (EGS) |
| v. | ) |
|  | ) |
| UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on defendant's motion to dismiss the complaint, which was filed on May 23, 2008. Plaintiff is proceeding *pro se*.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss by no later than **July 11, 2008**. If plaintiff does not respond within the time provided, the Court will treat the motion as conceded

and dismiss the amended complaint.

**Signed:    Emmet G. Sullivan**
**           United States District Judge**
**           June 26, 2008**