**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NICHOLAS P. TALAGA, | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 07-2159 (EGS) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

**ORDER**

Pending before the Court is defendant's Motion to Dismiss. By Order of this Court dated June 26, 2008, plaintiff was directed to respond to defendant's motion by no later than July 11, 2008. Consistent with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), plaintiff was advised that, in the event plaintiff fails to respond to the motion, the Court would treat the motion as conceded and dismiss plaintiff's case. To date, plaintiff has not filed a response to the Court's order or to defendant's Motion to Dismiss. Accordingly, it is hereby

**ORDERED** that defendant's Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's case is **DISMISSED**. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**July 15, 2008**